United States District Court
Southern District of Texas
**ENTERED**
September 08, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | Criminal Case No. 2:20-CR-00888 |
| | § | |
| DYLAN HENRY | § | |

# ORDER

Pending before the Court is Defendant Dylan Henry's letter motion to reconsider the Court's August 10, 2022 Memorandum Opinion & Order denying his Motion to Correct Sentence 18 U.S.C. § 3582(c)(1)(A). (Dkt. No. 33). The Court denied the motion because Defendant had failed to exhaust his administrative remedies as required by 18 U.S.C. § 3582(c), and he still has offered no evidence that he attempted to exhaust his administrative remedies before moving the Court to reduce his sentence. Because he has failed to comply with the exhaustion requirements under Section 3582, his motion is not ripe for review. And the Court is without jurisdiction to grant it.

Accordingly, Defendant's letter motion to reconsider a sentence reduction (Dkt. No. 33) is **DENIED**.

It is SO ORDERED.

Signed on September 8, 2022.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**